UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BRIAN J. PIERCE,<br>    Petitioner,<br>        v.<br>LUIS SPENCER,<br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-10292-RWZ |

**MOTION TO DISMISS**

Respondents move, pursuant to F.R.C.P. 12(b)(1), that the Petition for Habeas Corpus (Paper No. 1) be dismissed. The petition should be dismissed because it is, as this Court and the First Circuit have explicitly held, a second or successive petition barred by 28 U.S.C. § 2244(b)(3)(A). This Court accordingly lacks subject matter jurisdiction over the petition, requiring its dismissal.

For this reason and the reasons set forth more fully in the accompanying memorandum of law, the Petition should be dismissed.

                                                                            Respectfully submitted,
                                                                            THOMAS F. REILLY
                                                                            ATTORNEY GENERAL

                                                                            /s/ David M. Lieber
                                                                            David M. Lieber (BBO# 653841)
                                                                            Assistant Attorney General
                                                                            Criminal Bureau
                                                                            One Ashburton Place
                                                                            Boston, Massachusetts 02108

Dated: May 9, 2005                             (617) 727-2200 ext. 2827