UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN J. PIERCE
         **Plaintiff**

    V.

LUIS SPENCER
         **Defendant**

CIVIL ACTION

NO. 05CV10292-RWZ

### JUDGMENT

ZOBEL, D. J.

In accordance with the MEMORANDUM OF DECISION entered 7/28/06;

JUDGMENT is entered DISMISSING the petition.

         By the Court,

7/28/06           s/ Lisa A. Urso
Date           Deputy Clerk